UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
WILBERT BARNES,
                                    :
            Plaintiff,                     **ORDER**
                                    :
      -against-                      07 Civ. 11101 (LAK)(MHD)
                                    :
COMMISSIONER OF SOCIAL SECURITY,
                                    :
            Defendant.
                                    :
------------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby **ORDERED** as follows:

1.   Defendant is to serve and file her answer by no later than **MONDAY, MARCH 17, 2008.**

2.   Defendant is to serve her motion for judgment on her pleadings by no later than **MONDAY, MAY 19, 2008.**

3.   Plaintiff is to serve his responding papers by no later than **THURSDAY, JUNE 19, 2008**

4.   Defendant is to serve her reply papers no later than **MONDAY, JULY 21, 2008.**

```
DATED:  New York, New York
        February 15, 2008
```

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Wilbert Barnes
Fossie Wilson Res
163rd St. Imp Cncl, Inc.
1177 Rev. James A. Polite Ave.
Bronx, NY 10459

Susan Beard
United States Attorney's Office
86 Chambers Street
New York, NY 10007