

☐ ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3ʳᵈ Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                                :
WILBERT BARNES,                 :
                                :
            Plaintiff,          :
                                :
        - v. -                  :
                                :       STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :       07 Civ. 11101 (LAK)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - x



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

        IT IS HEREBY STIPULATED AND AGREED, by and between the

attorney for the defendant and the plaintiff _pro se_, that the

defendant's time to answer or move with respect to the complaint in

the above-captioned action is extended from March 17, 2008 to

and including May 16, 2008.  This extension is requested because

the administrative record has not yet been received by defendant's
counsel.  No prior extension has been requested in this case.

Dated:  New York, New York
        February *19* , 2008


                        *WILBERT BARNES*
                        WILBERT BARNES
                        Plaintiff pro se
                        Flossie Wilson Residence
                        163rd Street Improvement
                          Council, Inc.
                        1177 Rev. James A. Polite Avenue
                        Bronx, New York  10459
                        Telephone No.: (718) 328-7111

                        MICHAEL J. GARCIA
                        United States Attorney
                        Southern District of New York
                        Attorney for Defendant


                    By: *Susan D. Baird*
                        SUSAN D. BAIRD
                        Assistant United States Attorney
                        86 Chambers Street - 3rd Floor
                        New York, New York  10007
                        Telephone No.: (212) 637-2713
                        Susan.Baird@usdoj.gov


SO ORDERED:



_____
UNITED STATES DISTRICT JUDGE

                    2/27/08