ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax. (212) 637-2750

MAR 11 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
WILBERT BARNES,                 :
                                :
                Plaintiff,      :
                                :
        - v. -                  :   STIPULATION AND ORDER
                                :        OF REMAND
MICHAEL J. ASTRUE,              :
Commissioner of                 :   07 Civ. 11101 (LAK)
Social Security,                :
                                :
                Defendant.      :
                                :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

Security, pursuant to sentence six of 42 U.S.C. § 405(g), for further administrative proceedings.

Dated: New York, New York
       March 5 , 2008

          WILBERT BARNES
          WILBERT BARNES
          Plaintiff pro se
          Flossie Residence
          163rd Street Improvement
            Council, Inc.
          1177 Rev. James A. Polite Avenue
          Bronx, New York   10459
          Telephone No.: (718) 328-7111

          MICHAEL J. GARCIA
          United States Attorney for the
          Southern District of New York
          Attorney for Defendant

By: _____
     SUSAN D. BAIRD
     Assistant United States Attorney
     86 Chambers Street - 3rd Floor
     New York, New York   10007
     Telephone No.: (212) 637-2713
     Susan.Baird@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE